IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 25 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | § | NO. 5:10-CR-593-DAE (1) |
|---|---|---|
| Plaintiff, | § | |
| vs. | § | **VERDICT FORM** |
| ROBERT WARREN SCULLY, | § | |
| Defendant. | § | |

## COUNT ONE

As to Count One of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY**,

_____X_____ GUILTY

_____ NOT GUILTY

## COUNT TWO

As to Count Two of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY**,

_____ GUILTY

_____X_____ NOT GUILTY

## COUNT THREE

As to Count Three of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY,**

_____ GUILTY

\_\_\_\_\_X\_\_\_\_\_ NOT GUILTY

## COUNT FOUR

As to Count Four of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY,**

_____ GUILTY

\_\_\_\_\_X\_\_\_\_\_ NOT GUILTY

## COUNT FIVE

As to Count Five of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY,**

\_\_\_\_\_X\_\_\_\_\_ GUILTY

_____ NOT GUILTY

## COUNT EIGHT

As to Count Eight of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY,**

\_\_\_\_\_X\_\_\_\_\_ GUILTY

_____ NOT GUILTY

## COUNT NINE

As to Count Nine of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY**,

\_\_\_\_\_X\_\_\_\_\_ GUILTY

_____ NOT GUILTY

## COUNT TEN

As to Count Ten of the Second Superseding Indictment, we the jury find the defendant, **ROBERT WARREN SCULLY**,

\_\_\_\_\_X\_\_\_\_\_ GUILTY

_____ NOT GUILTY

1   2

JURY FOREPERSON

DATED: San Antonio, Texas, November 25th, 2015.